IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                       Case No.:    3:03cr59/LAC
                                                             3:07cv175/LAC/MD

MARK RICHARD TYNES
_____

ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation filed on March 14, 2008. The defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions of the report to which an objection has been made.

Having considered the report and recommendation and all objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 133) is DENIED.

DONE AND ORDERED this 11th day of April, 2008.

                                                 _s/L.A. Collier_
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**